PHILIP BOHRMAN, ADMINISTRATOR AD PROSEQUEN-
DUM OF THE ESTATE OF BEVERLY M. BOHRMAN,
DECEASED, PLAINTIFF-RESPONDENT, v. PENNSYL-
VANIA RAILROAD COMPANY, DEFENDANT-PETI-
TIONER.

See same case below: 23 *N. J. Super.* 399.

*Messrs. Strong & Strong* for the petitioner.

*Mr. Francis M. Seaman* for the respondent.

February 24, 1953. Denied.

CARMIN LAROCCA, ET AL., PLAINTIFFS-RESPONDENTS, v.
RICHARD A. ENCH, ET AL., DEFENDANTS-PETI-
TIONERS.

See same case below: 23 *N. J. Super.* 195.

*Messrs. Shaw, Hughes & Pindar* for the petitioners.

February 24, 1953. Granted.